UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE JOHNSON, | No. 2:14-cv-00663 MCE AC |
| Plaintiff, | |
| v. | ORDER AND ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and STEVE MOORE, | |
| Defendants. | |

On March 7, 2014, plaintiff Jolene Johnson, proceeding through counsel, initiated this action, alleging a violation of her Eighth Amendment rights. ECF No. 1. On March 12, 2014, plaintiff submitted a request to proceed in forma pauperis. ECF No. 2. On October 9, 2014, the district judge referred the motion to proceed in forma pauperis to the undersigned for review and ruling. ECF No. 6. Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

The complaint states a cognizable claim for relief. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Service is appropriate for the following defendants: San Joaquin County Sheriff's Department and Steve Moore.

3. The United States Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff's counsel one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge and the court's status order.

5. Plaintiff is directed to provide to the United States Marshal, within fifteen days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

    d. One copy of this court's status order for each defendant; and

    e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the court.

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: October 15, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2