UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE JOHNSON,<br><br>             Plaintiff,<br><br>       v.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>             Defendants. | No.  2:14-cv-00663 MCE AC<br><br><br>ORDER |

By an order filed October 16, 2014, this Court ordered plaintiff to complete and return to the U.S. Marshal, within fifteen (15) days, the USM-285 forms which are required to effect service on the defendants. ECF No. 7. Plaintiff was also directed to file a statement with the Court that said documents have been submitted to the United States Marshal. Id. That fifteen day period has since passed and plaintiff has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for plaintiff shall show cause why sanctions should not be imposed for his failure to comply with the court's October 16, 2014 order.

IT IS SO ORDERED.

DATED: November 3, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1