UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>    Defendants. | No. 2:14-cv-00663 MCE AC<br><br><br><br>ORDER |

On November 4, 2014, this court ordered plaintiff's counsel to show cause why sanctions should not be imposed for his failure to comply with the court's October 16, 2014 order directing plaintiff to complete and return USM-285 forms within fifteen days. ECF No. 11. On November 6, 2014, plaintiff filed a response to the order to show cause explaining that he mistakenly read the court's order as directing plaintiff to provide the forms within fifteen court or business days. ECF No. 13. Also on November 6, 2014, plaintiff filed a declaration stating the forms were submitted to the USM. ECF No. 12.

In light of plaintiff's response and good cause appearing, IT IS HEREBY ORDERED that the November 4, 2014 order to show cause, ECF No. 11, is discharged.

DATED: November 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE