**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOLENE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE IN HIS OFFICIAL CAPACITY, AND DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.:  2:14-cv-00663-MCE-AC<br><br>**STIPULATION AND COURT ORDER TO CONTINUE DEFENDANT'S 12(b)6 MOTION TO DISMISS** |

Pursuant to the parties' stipulation, ECF No. 20, and for good cause shown, the Court grants the parties' request for a continuance of the hearing on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 20. Hearing on the motion shall be continued from February 19, 2015, to March 19, 2015, at 2:00 p.m in courtroom 7.

///

///

///

1

The current briefing schedule shall remain in effect.

    IT IS SO ORDERED.

Dated: February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT